## MARSHALL *v.* UNITED STATES.

### APPEAL FROM THE COURT OF CLAIMS.

No. 57. Argued November 1, 1888. — Decided November 19, 1888.

*Marshall* v. *United States*, 124 U. S. 391, is affirmed on rehearing.

THIS case was heard at October Term 1887, and the judgment below was affirmed. 124 U. S. 391. A petition for rehearing was granted April 30, 1888, 127 U. S. 786, and the cause was reargued at this term.

*Mr. W. D. Davidge* for appellants.

*Mr. Assistant Attorney General Howard* for appellees.

MR. CHIEF JUSTICE FULLER, on the 19th of November, 1888, announced that a majority of the court adhered to the views expressed by Mr. Justice Harlan in the opinion of the court in this case delivered at the last term, affirming the judgment of the Court of Claims.

*Affirmed.*

Mr. Justice Harlan stated that he now believed that that opinion was wrong and that he dissented from the judgment of the court.